# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3757
_____

JEFFREY JOHNSON,

   Appellant,

   v.

HILLSBOROUGH COUNTY
SHERIFF'S OFFICE/COMMERCIAL
RISK MANAGEMENT,

   Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: January 17, 2014.

September 16, 2022

PER CURIAM.

   AFFIRMED.

OSTERHAUS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Chad A. Barr, Chad Barr Law, Altamonte Springs, Kristine Callagy, Bichler & Longo, PLLC, Maitland, for Appellant.

Warren K. Sponsler, Matthew R. Prado, Lauren Maggert, Sponsler, Hammer & Johnson, P.A., Tampa, for Appellees.